AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
APR 2 3 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Bonnie J Mason
Individually and as co-administrator of the
estate of Tricia M. Mason, deceased;
William L. Mason
Individually and as co-administrator of the
estate of Tricia M. Mason, deceased

vs.

Case Number: **05-1252**

Smithkline Beecham Corporation
d/b/a Glaxosmithkline, a Pennsylvania
Corporation

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Summary Judgment is entered in favor of Defendant and against Plaintiffs, plus costs of suit.

ENTER this 23rd day of April, 2008

PAMELA E. ROBINSON, CLERK

s/ T. Kelch
BY: DEPUTY CLERK