E-FILED
Wednesday, 21 May, 2008  03:03:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BONNIE J. MASON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF TRICIA M. MASON, DECEASED, AND WILLIAM L. MASON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF TRICIA M. MASON, DECEASED<br><br>*Plaintiffs*,<br><br>v.<br><br>SMITHKLINE BEECHAM, D/B/A/ GLAXO SMITHKLINE, A PENNSYLVANIA CORPORATION,<br><br>*Defendant*. | CASE NO. 05-1252 |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs, Bonnie J. Mason, individually and as co-administrator of the estate of Tricia M. Mason, and William L. Mason, individually and as co-administrator of the estate of Tricia M. Mason, in the above captioned matter hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court ruling rendering a final judgment granting Defendant, Smithkline Beecham d/b/a GlaxoSmithKline's Motion for Summary Judgment (Federal Preemption) dated April 23, 2008.


Dated: May 21, 2008                Respectfully Submitted,


/s/ Christopher L. Coffin_____
**CHRISTOPHER L. COFFIN
PENDLEY, BAUDIN & COFFIN, L.L.P.
24110 EDEN STREET
POST OFFICE DRAWER 71
PLAQUEMINE, LOUISIANA 70765-0071
TEL: (225) 687-6396   FAX: (225) 687-6398
EMAIL: CCOFFIN@PBCLAWFIRM.COM**

**STEVEN A. WAKEMAN**
**PHILIP M. O'DONNELL**
**KINGERY, DURREE, WAKEMAN & RYAN, ASSOC.**
**416 MAIN STREET**
**COMMERCE BANK BUILDING, SUITE 915**
**PEORIA, ILLINOIS 61602-1170**
**TEL: (309) 676-3612    FAX: (309) 676-1329**

**DONALD J. FARBER**
**LAW OFFICES OF DONALD J. FARBER**
**175 NORTH REDWOOD DRIVE, SUITE 130**
**SAN RAFAEL, CALIFORNIA 94903**
**TEL: (415) 475-7181   FAX: (415) 472-7182**

**BAUM HEDLUND**
**12100 WILSHIRE BLVD, SUITE 950**
**LOS ANGELES, CA 90025**
**TEL: (310) 207-3233    FAX: (310) 820-7444**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2008 a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed electronically with the Clerk of Court using the CM/ECF system and served upon the following attorneys of record via said system:

>Andrew T. Bayman
>S. Samuel Griffin
>David F. Norden
>KING & SPALDING, LLP
>1180 Peachtree St., N.E.
>Atlanta, Georgia 30309
>
>Joseph G. Feehan
>Robert M. Bennett
>HEYL, ROYSTER, VOELKER & ALLEN
>Bank One Building
>124 S. W. Adams St.
>Peoria, Illinois 61602