AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



## AMENDED JUDGMENT IN A CIVIL CASE

Bonnie J Mason
Individually and as co-administrator of the
estate of Tricia M. Mason, deceased;
William L. Mason
Individually and as co-administrator of the
estate of Tricia M. Mason, deceased

vs.

Case Number:   05-1252

Smithkline Beecham Corporation
d/b/a Glaxosmithkline, a Pennsylvania
Corporation

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on April 23, 2008 Summary Judgment was entered in favor of Defendants and against Plaintiffs. On October 7, 2008 costs are awarded in the amount of $13,358.33 in favor of Defendants and against Plaintiffs.

ENTER this 7th day of October, 2008

PAMELA E. ROBINSON, CLERK

s/ T. Kelch
BY: DEPUTY CLERK