E-FILED
Friday, 28 August, 2009  10:28:10 AM
Clerk, U.S. District Court, ILCD



| | |
|---|---|
| CA07_CMECFMail@ca7.uscourts.gov | To |
| 08/28/2009 09:16 AM | cc |
| | bcc |
| | Subject  08-2265 Bonnie Mason v. SmithKline Beecham "Original Record on Appeal filed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/28/2009 at 9:15:46 AM CDT and filed on 08/28/2009

**Case Name:**	Bonnie Mason v. SmithKline Beecham
**Case Number:**	08-2265
**Document(s):**	Document(s)

**Docket Text:**
Original record on appeal filed. Contents of record : 2 vol. electronic pleadings; 1 electronic sealed envelopes; [6155991-1] [08-2265]

The following document(s) are associated with this transaction:
**Document Description:** pldg1
**Original Filename:** 08-2265 pl Vol 1.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/28/2009] [FileNumber=6155991-0]
[5fbbd5e86581eb8c53af0b441e0f0f687a04a744bed4ea0056e627019cb3155b195355c7f06f7ff40
28526a48a0615792049fa63f7d62d10bfe7a7aa779f098f]]

**Document Description:** pldg2
**Original Filename:** 08-2265 pl Vol 2.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/28/2009] [FileNumber=6155991-1]
[b1b547939d394473c1b220a9785b5718351feb5c0f78289addb923d10d191beeb1fa3b6a01e9c3c
94ce68ca7fce00c6c844084631dc7cb103d6154871fde32b0]]

**Document Description:** doc86
**Original Filename:** 08-2265 document 86.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/28/2009] [FileNumber=6155991-2]
[a82d9a224c41a47d1e3eb881e9cb3f3ff2c73096e7e553f380a48fe8fdc711c276d0ae2626d91b24e
c63a8b8dcada4fcc9d77892f4a708e6cd12731cd5659ee1]]

**Document Description:** 1 sealed doc
**Original Filename:** 08-2265 Sealed Docs Vol 1.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/28/2009] [FileNumber=6155991-3]
[813eb0325673d78dd3463a402b56f8e26fdbe6ec441836407a79bc761605af49fc5889eb235c7dbf
2ec6b71242bf218b93b081cf3a7d99e09d1daa83fe5a7115]]

**Document Description:** transmittal letter
**Original Filename:** 08-2265 Trans Letter.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=08/28/2009] [FileNumber=6155991-4]
[4b88372e41cf2e9d3de99e0ca81490ef7c61313bff5b7f8b2e6946078a49ec39fd147c55b3d93b85
10762c34a35d2e77d9300203d7cc878406708749b0d11913]]

**Notice will be electronically mailed to:**

Robinson, Pamela E., District/Bankruptcy Clerk


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 6155991
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 310282