**E-FILED**

Thursday, 24 March, 2011  10:53:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BONNIE J. MASON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF TRICIA M. MASON, DECEASED, AND WILLIAM L. MASON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF TRICIA M. MASON, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC, f/k/a SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, A PENNSYLVANIA CORPORATION,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:05-cv-01252-MMM -BGC |

## JOINT STATUS REPORT

Plaintiffs Bonne J. Mason, Individually and Co-Administrator of the Estate of Tricia M. Mason, and William L. Mason, Individually and Co-Administrator of the Estate of Tricia M. Mason (collectively "Plaintiffs"), and Defendant GlaxoSmithKline LLC, f/k/a SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), by and through their counsel of record, hereby provide the Court with this Joint Status Report, respectfully showing as follows:

1.     On February 28, 2011, after being notified by counsel for the parties that this matter had settled, this Court issued an Order directing the parties to finalize the settlement of this matter by March 25, 2011, or, in the event that settlement is not finalized by that time, to submit a written status report indicating when they anticipate that settlement will be finalized.

2.     Counsel for GSK has sent counsel for Plaintiffs a proposed Settlement Agreement and General Release ("Settlement Agreement"), and counsel for Plaintiffs is in the process of

having the Settlement Agreement signed by Plaintiffs and their counsel.  Counsel for the parties

have also communicated regarding the procedure for payment of the settlement funds.

3.       Accordingly, the parties anticipate finalizing the settlement paperwork, funding

the settlement, and filing a joint stipulation of dismissal with prejudice in the next two weeks.


Respectfully submitted, this 24th day of March, 2011.

COUNSEL FOR PLAINTIFFS

By: /s/Christopher L. Coffin
Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana 70765-0071

Phillip M. O'Donnell
Steven A. Wakeman
Kingery, Durree, Wakeman & Ryan, Assoc.
416 Main Street
Commerce Bank Building, Suite 915
Peoria, Illinois 61602-1170
Donald J. Farber
Law Offices of Donald J. Farber
175 North Redwood Drive, Suite 130
San Rafael, California 94903

Mr. Ronald Goldman
Baum Hedlund Aristei & Goldman P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, California  90025

COUNSEL FOR DEFENDANT

By:  /s/ David F. Norden
Andrew T. Bayman
Lead Counsel
S. Samuel Griffin
David F. Norden
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

- and –

Robert V. Dewey
Joseph G. Feehan
Robert M. Bennett
HEYL, ROYSTER, VOELKER & ALLEN
Bank One Building
124 S.W. Adams Street
Peoria, Illinois 61602
Telephone: (309) 676-0400
Facsimile: (309) 676-3374

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of March, 2011 a true and correct copy of the

foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served

upon the following attorneys of record via said system:

> Phillip M. O'Donnell
> Steven A. Wakeman
> Kingery, Durree, Wakeman & Ryan, Assoc.
> 416 Main Street
> Commerce Bank Building, Suite 915
> Peoria, Illinois 61602-1170
>
> Christopher L. Coffin
> Pendley, Baudin & Coffin, L.L.P.
> 24110 Eden Street
> Post Office Drawer 71
> Plaquemine, Louisiana 70765-0071
>
> Donald J. Farber
> Law Offices of Donald J. Farber
> 175 North Redwood Drive, Suite 130
> San Rafael, California 94903
>
> Mr. Ronald Goldman
> Baum Hedlund Aristei & Goldman P.C.
> 12100 Wilshire Boulevard, Suite 950
> Los Angeles, California  90025

/s/David F. Norden
David F. Norden