IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BONNIE J. MASON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF TRICIA M. MASON, DECEASED, AND WILLIAM L. MASON, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF TRICIA M. MASON, DECEASED, <br><br> Plaintiffs, <br> v. <br><br> GLAXOSMITHKLINE LLC, f/k/a SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, A PENNSYLVANIA CORPORATION, <br><br> Defendant. | Case No. 1:05-cv-01252-MMM -BGC |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bonne J. Mason, Individually and Co-Administrator of the Estate of Tricia M. Mason, and William L. Mason, Individually and Co-Administrator of the Estate of Tricia M. Mason, and Defendant GlaxoSmithKline LLC, f/k/a SmithKline Beecham Corporation d/b/a GlaxoSmithKline, by and through their counsel of record, jointly stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party bearing its own attorneys' fees and costs.

This 8th day of April, 2011.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |
|---|---|
| By: /s/Christopher L. Coffin | By: /s/David F. Norden |
| Christopher L. Coffin | Andrew T. Bayman |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | Lead Counsel |
| 24110 Eden Street | S. Samuel Griffin |
| Post Office Drawer 71 | David F. Norden |
| Plaquemine, Louisiana 70765-0071 | KING & SPALDING LLP |
| | 1180 Peachtree Street, N.E. |
| Phillip M. O'Donnell | Atlanta, Georgia 30309 |
| Steven A. Wakeman | Telephone: (404) 572-4600 |
| KINGERY, DURREE, WAKEMAN & RYAN, ASSOC. | Facsimile: (404) 572-5100 |
| 416 Main Street | - and – |
| Commerce Bank Building, Suite 915 | |
| Peoria, Illinois 61602-1170 | Robert V. Dewey |
| Donald J. Farber | Joseph G. Feehan |
| Law Offices of Donald J. Farber | Robert M. Bennett |
| 175 North Redwood Drive, Suite 130 | HEYL, ROYSTER, VOELKER & ALLEN |
| San Rafael, California 94903 | Bank One Building |
| | 124 S.W. Adams Street |
| Ronald Goldman | Peoria, Illinois 61602 |
| BAUM HEDLUND ARISTEI & GOLDMAN P.C. | Telephone: (309) 676-0400 |
| | Facsimile: (309) 676-3374 |
| 12100 Wilshire Boulevard, Suite 950 | |
| Los Angeles, California  90025 | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2011 a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served upon the following attorneys of record via said system:

>Mr. Phillip M. O'Donnell
>Mr. Steven A. Wakeman
>Kingery, Durree, Wakeman & Ryan, Assoc.
>416 Main Street
>Commerce Bank Building, Suite 915
>Peoria, Illinois 61602-1170
>
>Mr. Christopher L. Coffin
>Pendley, Baudin & Coffin, L.L.P.
>24110 Eden Street
>Post Office Drawer 71
>Plaquemine, Louisiana 70765-0071
>
>Mr. Donald J. Farber
>Law Offices of Donald J. Farber
>175 North Redwood Drive, Suite 130
>San Rafael, California 94903
>
>Mr. Ronald Goldman
>Baum Hedlund Aristei & Goldman P.C.
>12100 Wilshire Boulevard, Suite 950
>Los Angeles, California  90025

/s/David F. Norden
David F. Norden